AO 94 (Rev. 01/09) Commitment to Another District

# UNITED STATES DISTRICT COURT
for the
Northern District of California

FILED
SEP -6 2013
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No.   13-mj-71045-MAG |
| | ) | |
| Charles Thornton | ) | Charging District's |
| Defendant | ) | Case No.   6:13-CR-178-AA |

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the _____ District of ___Oregon___ .
The defendant may need an interpreter for this language: _____.

The defendant:   ☐ will retain an attorney.

　　　　　　　　x  is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

Date:   Sep 6, 2013                             _____
                                                              *Judge's signature*

                                                Kandis A. Westmore, US Magistrate Judge
                                                       *Printed name and title*

I hereby certify that the annexed
instrument is a true and correct copy of
the original on file in my office.
ATTEST:
RICHARD W. WIEKING
Clerk, U.S. District Court
Northern District of California
By _____
Date  9/10/13    Deputy Clerk

```
 1  STEVEN G. KALAR
    Federal Public Defender
 2  Joyce Leavitt
    Assistant Federal Public Defender                                    FILED
 3  555 - 12th Street
    Suite 650                                                          SEP - 4 2013
 4  Oakland, CA 94607-3627
    Telephone: (510) 637-3500                                       RICHARD W. WIEKING
 5                                                              CLERK U.S. DISTRICT COURT
    Counsel for Defendant  Charles Thornton                    NORTHERN DISTRICT OF CALIFORNIA
 6                                                                          OAKLAND
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR- 4-13-71045 mag |
|---|---|---|
| Plaintiff, | ) | Assertion of Fifth and Sixth Amendment Rights |
| vs. | ) | |
| Charles Thornton, | ) | |
| Defendant. | ) | |

I, the above named defendant, hereby assert my Fifth and Sixth Amendment rights to remain silent and to have counsel present at any and all of my interactions with the government or others acting on the government's behalf. I do not wish to, and will not, waive any of my constitutional rights except in the presence of counsel. I do not want the government or others acting on the government's behalf to question me, or to contact me seeking my waiver of any rights, unless my counsel is present.

```
 Charles Thornton              09-04-13       9:59
 Defendant                     Date           Time

 Joyce Leavitt                 9/4/13         9:59
 Assistant Federal Public Defender   Date     Time
```

Assertion of Fifth and Sixth Amendment Rights

1 | MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

AARON D. WEGNER (CABN 243809)
Assistant United States Attorney

1301 Clay St., 3rd Floor
Oakland, California 94612
Telephone: (510) 637-3740
Fax: (510) 637-3724
E-Mail: aaron.wegner@usdoj.gov

Attorneys for the United States

FILED
SEP - 3 2013
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF COURT
OAKLAND CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

UNITED STATES OF AMERICA,        )    CRIMINAL NO. 4-13-71045
                                 )
        Plaintiff,               )
                                 )    NOTICE OF PROCEEDINGS ON
    v.                           )    OUT-OF-DISTRICT CRIMINAL
                                 )    CHARGES PURSUANT TO RULES,
CHARLES THORNTON,                )    5(c)(2) AND (3) OF THE FEDERAL RULES
                                 )    OF CRIMINAL PROCEDURE
        Defendant.               )
                                 )
_____  )

Please take notice pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal Procedure that on September 3, 2013, Charles Thornton was arrested based upon an arrest warrant (copy attached) issued upon an

☒ Indictment (copy attached)

☐ Information

☐ Criminal Complaint

☐ Other (describe) _____

pending in the District of Oregon, Case Number 6:13-CR-178-AA.

1



In that case, the defendant is charged with: 1) conspiracy to make false statements in connection with the acquisition of firearms, a violation of 18 United States Code Sections 922(a)(6) and 2; (2) false statements in connection with the acquisition of firearms, a violation of 18 United States Code Sections 922(a)(6); and 3) felon in possession of a firearm, a violation of 18 United States Code Section 922(g).

Respectfully Submitted,
MELINDA HAAG
UNITED STATES ATTORNEY

Date: September 3, 2013

AARON D. WEGNER
Assistant U.S. Attorney

2

CLOSED,E-Filing

# U.S. District Court
## California Northern District (Oakland)
## CRIMINAL DOCKET FOR CASE #: 4:13-mj-71045-MAG-1
### Internal Use Only

Case title: USA v. Thornton  
Other court case number: 6:13-CR-178-AA District of Oregon

Date Filed: 09/03/2013  
Date Terminated: 09/06/2013

Assigned to: Magistrate Judge

### Defendant (1)

**Charles Thornton**  
*TERMINATED: 09/06/2013*

represented by **Joyce Leavitt**  
Federal Public Defender's Office  
555 12 th Street  
Suite 650  
Oakland, CA 94607-3627  
(510) 637-3500  
Email: joyce_leavitt@fd.org  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  
*Designation: Public Defender or Community Defender Appointment*

### Pending Counts
None

### Disposition

### Highest Offense Level (Opening)
None

### Terminated Counts
None

### Disposition

### Highest Offense Level (Terminated)
None

### Complaints

18:371, 18:922(a)(6), 18:922(g)(1), 18:2: Conspiracy to make false statements in connection with the acquisition of firearms, False statements

### Disposition

in connection with the acquisition of firearms, Felon in possession of a firearm, Aiding and abetting

**Plaintiff**

**USA**  represented by **Aaron D. Wegner**
United States Attorney's Office
450 Golden Gate Ave. 11th Floor
San Francisco, CA 94102
510-637-3740
Email: aaron.wegner@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/03/2013 | 1 | Notice of Proceedings on Out-of-District Criminal Charges Pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal Procedure as to Charles Thornton. (kc, COURT STAFF) (Filed on 9/3/2013) (kc, COURT STAFF). (Entered: 09/03/2013) |
| 09/03/2013 | 2 | Minute Entry for proceedings held before Magistrate Judge Kandis A. Westmore: Initial Appearance on Rule 5 Affidavit as to Charles Thornton held on 9/3/2013. I.D. of Counsel Hearing as to Charles Thornton held on 9/3/2013 Arraignment, Attorney Appointment Hearing, and Status Hearing re Detention and Identity/Removal Hearing set for 9/4/2013 at 09:30 AM before Magistrate Judge Kandis A. Westmore. Remanding defendant to custody. (Recording #FTR 9/3/13 9:58-10:07.) (kc, COURT STAFF) (Filed on 9/3/2013) (Entered: 09/03/2013) |
| 09/03/2013 | | CASE DESIGNATED for Electronic Filing. (kc, COURT STAFF) (Filed on 9/3/2013) (Entered: 09/03/2013) |
| 09/04/2013 | 3 | Minute Entry for proceedings held before Magistrate Judge Kandis A. Westmore: Arraignment as to Charles Thornton on District of Oregon Indictment held on 9/4/2013. NOT GUILTY plea entered. Attorney Appointment Hearing held on 9/4/2013. CJA23 Submitted. Added attorney Joyce Leavitt for Charles Thornton. Detention Hearing and Status Hearing re Identity/Removal set for 9/6/2013 at 09:30 AM before Magistrate Judge Kandis A. Westmore. (Recording #FTR 9/4/13 9:57-10:02.) (kc, COURT STAFF) (Filed on 9/4/2013) (Entered: 09/05/2013) |
| 09/04/2013 | 4 | Assertion of Fifth and Sixth Amendment Rights by Charles Thornton (kc, COURT STAFF) (Filed on 9/4/2013) (Entered: 09/05/2013) |
| 09/04/2013 | 5 | CJA 23 Financial Affidavit by Charles Thornton (kc, COURT STAFF) (Filed on 9/4/2013) (Entered: 09/05/2013) |
| 09/06/2013 | 6 | Minute Entry for proceedings held before Magistrate Judge Kandis A. Westmore: Detention Hearing as to Charles Thornton held on 9/6/2013. |

|            |   | Defendant ordered DETAINED. Defendant ordered removed to the District of Oregon. (Recording #FTR 9/6/13 9:42-9:48.) (kcS, COURT STAFF) (Filed on 9/6/2013) (Entered: 09/06/2013) |
|------------|---|---|
| 09/06/2013 | 7 | **COMMITMENT TO ANOTHER DISTRICT as to Charles Thornton. Defendant committed to the District of Oregon. Signed by Magistrate Judge Kandis A. Westmore on 9/6/13. (kc, COURT STAFF) (Filed on 9/6/2013) (Entered: 09/06/2013)** |
| 09/06/2013 | 🔒 | (Court only) ***Case Terminated as to Charles Thornton (kc, COURT STAFF) (Filed on 9/6/2013) (Entered: 09/06/2013) |
| 09/10/2013 | 8 | **ORDER OF DETENTION as to Charles Thornton. Signed by Judge Magistrate Judge Kandis A. Westmore on September 10, 2013. (kawlc2, COURT STAFF) (Filed on 9/10/2013) (Entered: 09/10/2013)** |

UNITED STATES DISTRICT COURT
Northern District of California
1301 Clay Street
Oakland, California 94612

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
510.637.3530

September 10, 2013

Office of the Clerk
U.S. District Court, District of Oregon
Wayne L. Morse U.S. Courthouse
405 East Eighth Ave.
Eugene, OR 97401

Case Name:     US-v-Charles Thornton
Case Number:   4:13-mj-71045-MAG          District of Oregon #6:13-CR-178-AA
Charges:       18:371, 18:922(a)(6), 18:922(g)(1), 18:2 Conspiracy to make false
               statements and making false statements in connection with the acquisition of
               firearms, felon in possession of a firearm, aiding and abetting

Dear Clerk:

The above charges originated in your district and the defendant has appeared before U.S. Magistrate Judge Kandis A. Westmore. The following action has been taken:

(X)   The U.S. Marshal has been ordered to remove this defendant
      to your district forthwith.
( )   The defendant has a court appearance in your court on:

Enclosed are the following documents:
original Rule 5 affidavit
certified copy of AO 94, Commitment to Another District

**Please access the electronic case file for additional pleadings you may need. See the attached instructions for details.**

Please acknowledge receipt of the documents on the attached copy of this letter and return in the envelope provided.

Sincerely yours,

RICHARD WIEKING, Clerk

by: Kelly Collins
Case Systems Administrator

Enclosures
cc: Financial Office

---

Receipt of the above-described documents is acknowledged herewith and assigned case number:

_____.

Date: _____          CLERK, U.S. DISTRICT COURT

                                                By _____
                                                      Deputy Clerk